# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,
AND SEI INVESTMENTS COMPANY

NO.   2024 CW 0641

**JULY 19, 2024**

---

In Re:   Troy Lillie, et al., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No.581670.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

WRC
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT